Henry F. Brooker and Drew Brooker, his wife, Appellants, v. Rachel E. Jamerson as Administratrix of the estate of James E. Brock, deceased, and J. L. Jamerson, Appellees.

In Banc.

Appeal from Circuit Court, Alachua county; William S. Bullock, Judge.

J. M. Rivers for appellants.

L. J. Clyatt and Chris Matheson for appellees.

The bill in this cause was filed by the appellees against the appellants. There were decrees for the complainants, and the defendants appeal. The decrees are affirmed.

Decision *Per Curiam.*